**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 8, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00196-CV

## ESTATE OF ADEL SHESHTAWY, DECEASED

**On Appeal from Probate Court No. 1
Harris County, Texas
Trial Court Cause No. 407,499-407**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed February 18, 2015. On September 30, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed. Appellee's motion to dismiss and motions to extend time to file his brief as denied as moot.

PER CURIAM

Panel consists of Justices Jamison, McCally and Wise.